**ACME FREIGHT LINES, INC., a corporation, v. REBECCA PEPPERS, joined by her husband, FLOYD C. PEPPERS.**

21 So. (2nd) 42            January Term, 1945
February 27, 1945            Division A

*Adair, Kent, Ashby & McNatt, C. G. Ashby* and *H. Fletcher Martin,* for appellant.

*Evan T. Evans,* for appellees.

PER CURIAM:

This appeal is from a $5000.00 judgment to compensate for personal injuries sustained in an automobile collision.

The two questions argued relate to the sufficiency of the evidence and the excessiveness of the verdict. We are of the opinion that the evidence is sufficient to sustain the verdict of the jury on both questions.

The judgment is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.